IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:17CV217<br><br>ORDER |

As requested in the defendant's unopposed motion, (Filing No. 14), which is hereby granted,

IT IS ORDERED:

1) Defendant's answer or response to Plaintiff's Complaint shall be filed on or before August 24, 2017.

2) As to Plaintiff's Motion for Summary Judgment, (Filing No. 8), Defendant's response shall be filed on or before August 24, 2017, with any reply filed on or before September 25, 2017.

3) Defendant's anticipated motion to dismiss and accompanying brief shall be filed or before August 24, 2017, with Plaintiff's response filed on or before September 25, 2017, and any reply filed on or before October 9, 2017.

August 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge