IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:17CV217<br><br>ORDER |

On February 15, 2018, Plaintiff filed an unopposed motion for leave to amend its complaint and for issuance of a scheduling order. (Filing No. 36). On February 16, 2018, Plaintiff filed motion to amend its pending February 15th motion. (Filing No. 38). After reviewing Filing Nos. 36 and 38, the court finds both motions request identical relief and that Filing No. 38 was merely supplemented to include a copy of the proposed amended complaint. Accordingly,

IT IS ORDERED:

1) Plaintiff's amended motion (Filing No. 38) is granted and Plaintiff's motion (Filing No. 36) is denied as moot.

2) Plaintiff's motion to dismiss, (Filing No. 30), is denied as moot.

3) The deadline for Plaintiff to file its amended complaint, a copy of which is attached to its Filing 38 motion, is February 28, 2018, with Defendant's Answer or response to the amended complaint due on or before March 14, 2018.

4) The deadline for Plaintiff to file a motion for summary judgment is March 23, 2018.

5) The deadline for Defendant to file a response to Plaintiff's motion for summary judgment and any cross-motion for summary judgment is April 23, 2018.

6) The deadline for filing Plaintiff's reply to its own motion for summary judgment and its response to any cross-motion for summary judgment filed by Defendant is May 21, 2018.

7) The deadline for Defendant's reply to its own motion for summary judgment is June 18, 2018.

Dated this 22nd day of February, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge