IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | **8:17CV217**<br><br>**ORDER** |

As requested in the Plaintiff's motion, (Filing No. 44), which is hereby granted,

IT IS ORDERED:

1) The deadline for Plaintiff to file a motion for summary judgment is April 6, 2018.

2) The deadline for Defendant to file and Defendant's Answer or response to Plaintiff's amended complaint, its response to Plaintiff's motion for summary judgment, and any cross-motion for summary judgment is May 7, 2018.

3) The deadline for filing Plaintiff's reply to its own motion for summary judgment and its response to any cross-motion for summary judgment filed by Defendant is June 4, 2018.

4) The deadline for Defendant's reply to its own motion for summary judgment is July 2, 2018

March 16, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge